| Case No. | ED CV 17-0372 FMO (AJWx) | Date | March 2, 2018 |
|---|---|---|---|
| Title | Gerone Thompson v. Joseph Mello, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

Pursuant to the Court's Order of August 28, 2017, the parties were required to complete a settlement conference before the assigned magistrate judge no later than February 26, 2018. (See Dkt. 16 at 17). If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement. (See id.). Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete. (See id.).

As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **March 9, 2018**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of August 28, 2017. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |